UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV17-08525 JAK (JPRx) | Date | April 16, 2018 |
|---|---|---|---|
| Title | Camille Cabrera v. Bayer Healthcare, LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Benjamin Heikali | Amy P. Lally |
| Joshua Nassir | Joshua J. Fougere |

**Proceedings:** **DEFENDANTS' MOTION TO DISMISS CLASS ACTION COMPLAINT (DKT. 26)**

The motion hearing is held. The Court states its tentative views that it is inclined to deny Defendants' Motion to Dismiss Class Action Complaint (the "Motion"). Counsel address the Court. The Motion is taken **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

: 24

Initials of Preparer   ak