**FARUQI & FARUQI, LLP**
Benjamin Heikali (SBN 307466)
bheikali@faruqilaw.com
Joshua Nassir (SBN 318344)
jnassir@faruqilaw.com
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: 424.256.2884
Facsimile: 424.256.2885

*Attorneys for Plaintiff Camille Cabrera*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CAMILLE CABRERA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BAYER HEALTHCARE LLC and BAYER CORPORATION,

Defendant.

Case No. 2:17-cv-08525 JAK (JPRx)

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Hon. John A. Kronstadt
Courtroom 10B

Plaintiff Camille Cabrera ("Plaintiff") hereby submits this Notice of Supplemental Authority in support of Plaintiff's Opposition to Defendants Bayer Healthcare LLC and Bayer Corporation's ("Defendants") Motion to Dismiss Class Action Complaint (Dkt. No. 31). By way of this Notice, Plaintiff advises the Court of the California Court of Appeal's recent decision in *Brady v. Bayer Corporation*, *et al.*, No. G053847 (copy attached hereto as **Exhibit "A"**), which has been certified for publication and was issued on September 7, 2018, after Plaintiff filed her Opposition. This decision is relevant to Defendants' argument in their Motion to Dismiss that "in the specific context of multivitamins, '[a] reasonable consumer of medicine or medicine-like substance such as vitamins would' look at the Supplement Facts section." *See* Dkt. No. 26, at 6 (citing *Brady v. Bayer AG*, No. 16-00839608 (Cal. Super. Ct. July 12, 2016); *Howard v. Bayer Corp.*, No. 4:10-cv-1662 (E.D. Ark. July 22, 2011)).

Dated: September 10, 2018

**FARUQI & FARUQI, LLP**

By: */s/ Benjamin Heikali*

Benjamin Heikali (SBN 307466)
bheikali@faruqilaw.com
Joshua Nassir (SBN 318344)
jnassir@faruqilaw.com
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: 424.256.2884
Facsimile: 424.256.2885

*Attorneys for Plaintiff Camille Cabrera*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

Dated: September 10, 2018

By: *<u>/s/ Benjamin Heikali</u>*
Benjamin Heikali