Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500
Facsimile: (310) 595-9501

Jonathan F. Cohn (*pro hac vice*)
jfcohn@sidley.com
Joshua J. Fougere (*pro hac vice*)
jfougere@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Morgan Branch (*pro hac vice*)
mbranch@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Defendants Bayer HealthCare LLC and Bayer Corporation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CAMILLE CABRERA, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

BAYER HEALTHCARE LLC and BAYER CORPORATION,

Defendants.

Case No. 2:17-cv-08525 JAK (JPRx)

**DISCOVERY MATTER**

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFF SONNETTA WOODS TO PROVIDE INTERROGATORY REPONSES, PRODUCE DOCUMENTS AND SIT FOR A SECOND DEPOSITION AND ANY OTHER RELIEF THAT IS PROPER**

**Filed Concurrently Herewith:**

1. **Joint Stipulation**
2. **Declaration of Amy Lally**
3. **[Proposed] Order**

Hearing Date: January 2, 2020.
Hearing Time: 10:00 a.m.
Hon. Jean P. Rosenbluth
Courtroom: 690, 6th Floor

Fact Discovery Cut Off: May 20, 2019
Pre-Trial Conference Date: N/A
Trial Date: N/A

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on January 2, 2020, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 690, 6th Floor, of the above-entitled Court, located at Royal Federal Building and United States Courthouse, 225 E. Temple St., Los Angeles, CA 90012, BAYER HEALTHCARE LLC and BAYER CORPORATION ("Bayer") will, and hereby does, move the Court for an order requiring Plaintiff Sonnetta Woods to supplement interrogatory responses to Bayer's First Set of Interrogatories to Plaintiff Sonnetta Woods, to produce documents in response to Bayer's First Set of Requests for Production of Documents, and to sit for a second deposition on several topics. Bayer also requests that this Court enter any other relief that this Court deems appropriate and just.

This motion is made pursuant to Federal Rule of Civil Procedure 37, Local Rule 37-2 and is based on this Notice of Motion and Motion, the accompanying Joint Stipulation, the declaration of Amy Lally and attached exhibits, any supplemental memoranda the parties may file, the papers, pleadings and authorities as may be presented to the Court before or at the hearing on this motion. As discussed in the accompanying Joint Stipulation, the motion is made on the grounds that the interrogatory responses, documents to be produced, and testimony in the second deposition is relevant to Plaintiff's claims and Bayer's defenses, and non-privileged.

Counsel for Bayer certifies that prior to filing this motion, they corresponded with and met telephonically with Plaintiff's counsel in a good faith effort to resolve these matters without court intervention. Through the meet and confer process, the Parties were able to reach resolution on certain issues. However, the Parties were unable to resolve certain differences outlined below, and therefore seek the Court's assistance. *See* Declaration of Amy Lally ¶ 32.

Dated: _December 6, 2019

SIDLEY AUSTIN LLP

By: */s/ Amy P. Lally*

Amy P. Lally (SBN 198555)
alally@sidley.com
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310.595.9500
Facsimile: 310.595.9501

*Attorneys for Defendants Bayer Corporation, and Bayer HealthCare LLC*