Benjamin Heikali (SBN 307466)
*bheikali@faruqilaw.com*
Joshua Nassir (SBN 318344)
*jnassir@faruqilaw.com*
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

Aubry Wand (SBN 281207)
*awand@wandlawfirm.com*
**THE WAND LAW FIRM, P.C.**
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 590-4503
Facsimile: (310) 590-4596

*Attorneys for Plaintiff and the Putative Classes*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE CABRERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC and BAYER CORPORATION,<br><br>Defendants. | Case No. 2:17-cv-08525 JAK (JPRx)<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hon. John A. Kronstadt |

1. Pursuant to Civil L.R. 79-5.2.2(b), this Court's Standing Order Paragraph 11, and the Protective Order entered by the Court on April 2, 2018 (ECF No. 40, the "Protective Order"), Plaintiff Sonnetta Woods ("Plaintiff") respectfully submits this Administrative Motion to File Under Seal in connection with her Reply in Support of Motion for Class Certification. This Administrative Motion is supported by the Declaration of Benjamin Heikali ("Heikali Decl."), filed herewith, and any other relevant papers and pleadings on file.

Specifically, Plaintiff seeks to file the following documents (or portions thereof) under seal:

1. Plaintiff's Reply in Support of Motion for Class Certification:
   a. Page 12, lines 17-21, 23-28
   b. Page 13, lines 4-5.
2. The following Exhibits (or portions thereof) to the Declaration of Benjamin Heikali in Support of Plaintiff's Reply:
   a. Exhibit 4, at n. 2
   b. Exhibit 7:
      i. 128:16 – 129:4
      ii. 164:14-22.

All specific material and information that Plaintiff seeks to file under seal are highlighted in yellow in the unredacted versions for the Court's review.

Plaintiff requests to file portions of the foregoing documents under seal because they contain documents (or information derived from documents) designated by Defendants as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order. *See* Protective Order at ¶¶ 2.2, 2.7. The Protective Order requires that any party that seeks to file any material designated as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" must comply with Civil L.R. 79-5.2.2(b)-(c). *Id.* at ¶ 12.3.

Pursuant to the Protective Order, Civil L.R. 79-5.2.2(b), and this Court's Standing Order, the Designating Party must now demonstrate that all the designated information is sealable or must withdraw the designation of confidentiality. Plaintiff reserves the right to oppose portions of Defendants' requests that exceed the scope of the protective order and applicable law.

If the Court denies this Administrative Motion in whole or in part, Plaintiff will file the unredacted versions of the documents in a manner consistent with the Court's order, Civil L.R. 79-5.2.2(b), and this Court's Standing Order.

In an attempt to eliminate or minimize the need for filing under seal by means of redaction, the Parties, through their respective counsel, met and conferred by phone on March 24, 2020, regarding the foregoing request to seal. The Parties also communicated by email thereafter.

Dated: March 30, 2020          **FARUQI & FARUQI, LLP**

By: */s/ Benjamin Heikali*
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail: bheikali@faruqilaw.com