# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE CABRERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC and BAYER CORPORATION,<br><br>Defendants. | Case No. 2:17-cv-08525 JAK (JPRx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date: April 20, 2020<br>Time: 8:30 A.M.<br>Place: Courtroom 10B<br><br>Hon. John A. Kronstadt |

Before this Court is Plaintiff Sonnetta Woods' ("Plaintiff") Administrative Motion to File Under Seal in connection with Plaintiff's Reply in Support of Motion for Class Certification. For good cause appearing therefor, Plaintiff's Administrative Motion to File Under Seal is hereby **GRANTED**. The following documents or portions of documents shall remain under seal:

### Plaintiff's Reply In Support of Motion for Class Certification

| Page/Line | Ruling |
|---|---|
| Page 12, lines 17-18 | |
| Page 12, lines 19-21 | |
| Page 12, line 23 | |
| Page 12, lines 24-28 | |
| Page 13, lines 4-5 | |

### Exhibits To The Heikali Declaration In Support of Reply

| Exhibit/Paragraphs | Ruling |
|---|---|
| Exhibit 4, at n. 2 | |
| Exhibit 7, at 128:16 – 129:4 | |
| Exhibit 7, at 164:14-22 | |

1  DATED: _____

2

3                                              _____
4                                              Honorable John A. Kronstadt
                                               United States District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28