Benjamin Heikali (SBN 307466)
*bheikali@faruqilaw.com*
Joshua Nassir (SBN 318344)
*jnassir@faruqilaw.com*
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

Aubry Wand (SBN 281207)
*awand@wandlawfirm.com*
**THE WAND LAW FIRM, P.C.**
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 590-4503
Facsimile: (310) 590-4596

*Attorneys for Plaintiff and the Putative Classes*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMILLE CABRERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC and BAYER CORPORATION,<br><br>Defendants. | Case No. 2:17-cv-08525 JAK (JPRx)<br><br>**DECLARATION OF BENJAMIN HEIKALI IN SUPPORT OF REPLY MOTION FOR CLASS CERTIFICATION**<br><br>Date: April 20, 2020<br>Time: 8:30 A.M.<br>Place: Courtroom 10B<br><br>Hon. John A. Kronstadt |

I, Benjamin Heikali, hereby declare:

1. I am an attorney at law, licensed to practice before the courts in California and a Partner at Faruqi & Faruqi, LLP ("F&F"), and co-counsel of record for Plaintiff Sonnetta Woods ("Plaintiff") in the above-referenced action. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Plaintiff's Reply In Support of Motion for Class Certification.

3. Attached hereto as Exhibits are true and correct copies of the following documents:

| Exhibit No. | Description/Relevant Bates No. |
|---|---|
| 1 | Deposition Transcript of Sonnetta Woods (Nov. 19, 2019) |
| 2 | Deposition Transcript of Sonnetta Woods (Feb. 11, 2020) |
| 3 | Deposition Transcript of Camille Cabrera (May 29, 2019) |
| 4 | Rebuttal Report of J. Michael Dennis, Ph.D. |
| 5 | Deposition Transcript of Ran Kivetz (Dec. 13, 2019) |
| 6 | Deposition Transcript of J. Michael Dennis (Dec. 17, 2019) |
| 7 | Deposition Transcript of Bruce A. Strombom (Jan. 10, 2020) |
| 8 | Deposition Transcript of Nastaran Faghihnia (June 20, 2019) |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 30, 2020 in Los Angeles, California.

*/s/ Benjamin Heikali*
Benjamin Heikali