Benjamin Heikali (SBN 307466)
bheikali@faruqilaw.com
Joshua Nassir (SBN 318344)
jnassir@faruqilaw.com
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

*Attorneys for Plaintiff Sonnetta Woods*

Amy P. Lally (SBN 198555)
alally@sidley.com
**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500
Facsimile: (310) 595-9501

Morgan Branch (*pro hac vice*)
mbranch@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Defendants Bayer HealthCare LLC and Bayer Corporation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CAMILLE CABRERA, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

BAYER HEALTHCARE LLC and BAYER CORPORATION,

Defendants.

Case No. 2:17-cv-08525 JAK (JPRx)

**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT, DEFENDANTS' MOTIONS TO EXCLUDE EXPERT TESTIMONY, AND DEFENDANTS' MOTIONS TO STRIKE PLAINTIFF'S NEWLY FILED EXPERT DECLARATIONS**

Assigned to: Hon. John A. Kronstadt

JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT, DEFENDANTS' MOTIONS TO EXCLUDE EXPERT TESTIMONY, AND DEFENDANTS' MOTIONS TO STRIKE PLAINTIFF'S NEWLY FILED EXPERT DECLARATIONS

Pursuant to Local Rule 7-1, and this Court's Standing Order for Civil Cases, Sonnetta Woods ("Plaintiff" or "Ms. Woods") and Bayer Corporation and Bayer Healthcare LLC (collectively, "Bayer" or "Defendants"), through their counsel of record, hereby stipulate as follows, subject to the Court's approval:

WHEREAS, currently pending before this Court is Plaintiff's Motion for Class Certification (ECF No. 100), Defendants' Motion for Summary Judgment (ECF No. 140), Defendants' Motions to Exclude Expert Testimony (ECF No. 140), and Defendants' Motion to Strike Plaintiff's Newly Filed Expert Declarations (ECF No. 176) (all motions collectively referred to as the "Motions");

WHEREAS, all Motions are set for hearing in front of this Court on September 28, 2020 at 8:30 A.M.;

WHEREAS, lead counsel of record for Plaintiff, Benjamin Heikali, recently learned that September 28, 2020 is the Jewish High Holiday Yom Kippur and therefore he cannot attend or otherwise participate in the hearing on that date;

WHEREAS, the Parties have met and conferred, and agree that if the Court intends on holding a hearing on September 28, 2020, good cause exists for a continuance of the hearing date due to the Jewish Holiday, subject to Court approval.

WHEREAS, Defendants do not believe that a hearing on the relevant Motions is necessary.

WHEREAS, if the Court intends to hold a hearing, this proposed continuance would not alter the Court's trial schedule as no trial date has been set.

WHEREAS, nothing herein shall be deemed a waiver of any rights or defenses by the Parties.

WHEREAS, all prior continuances requested by the Parties and granted by the Court are detailed in the concurrently filed Heikali Decl.

IT IS HEREBY AGREED AND STIPULATED by the Parties through their

undersigned counsel, and subject to the Court's approval, that the September 28, 2020 hearing on the Motions be continued to the next available hearing date or at the Court's earliest convenience.

The following chart reflects the only deadline that will be modified by this stipulation, subject to Court approval:

| Hearing on Plaintiff's Motion for Class Certification, Defendants' Motion for Summary Judgment, Defendants' Motions to Exclude Expert Testimony, and Defendants' Motion to Strike Plaintiff's Newly Filed Expert Declarations | [Next available hearing date or at the Court's earliest convenience]<br>September 28, 2020 at 8:30 A.M. |
|---|---|

Respectfully Submitted,

Dated: September 8, 2020

**FARUQI & FARUQI, LLP**

By: */s/ Benjamin Heikali*

Benjamin Heikali (SBN 307466)
bheikali@faruqilaw.com
10866 Wilshire Boulevard
Suite 1470
Los Angeles, CA 90024
Telephone: 424.256.2884
Facsimile: 424.256.2885

*Attorneys for Plaintiff Sonnetta Woods*

Dated: September 8, 2020

**SIDLEY AUSTIN LLP**

By: */s/ Amy P. Lally*

Amy P. Lally (SBN 198555)
alally@sidley.com
1999 Avenue of the Stars 17th Floor
Los Angeles, CA 90067
Telephone: 310.595.9500
Facsimile: 310.595.9501

*Attorneys for Defendants Bayer Corporation, and Bayer HealthCare LLC*

3

JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT, DEFENDANTS' MOTIONS TO EXCLUDE EXPERT TESTIMONY, AND DEFENDANTS' MOTIONS TO STRIKE PLAINTIFF'S NEWLY FILED EXPERT DECLARATIONS

**ATTESTATION**

I, Benjamin Heikali, and the ECF User whose ID and password are being used to file this document in accordance with Civil Local Rule 5-4.3.4. Concurrence with and authorization for the filing of this document has been obtained from Amy Lally, counsel for Defendants, and I shall maintain records to support this concurrence and authorization for subsequent production for the Court, if so ordered, or for inspection upon request by a Party.

Dated: September 8, 2020

**FARUQI & FARUQI, LLP**

By: *_/s/ Benjamin Heikali_*

4

JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT, DEFENDANTS' MOTIONS TO EXCLUDE EXPERT TESTIMONY, AND DEFENDANTS' MOTIONS TO STRIKE PLAINTIFF'S NEWLY FILED EXPERT DECLARATIONS