**FARUQI & FARUQI, LLP**
Lisa Omoto (SBN 303830)
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: lomoto@faruqilaw.com

**THE WAND LAW FIRM, P.C.**
Aubry Wand (SBN 281207)
E-mail: *awand@wandlawfirm.com*
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503

*Attorneys for Plaintiff Sonnetta Woods*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMILLE CABRERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC and BAYER CORPORATION,<br><br>Defendants. | Case No. 2:17-cv-08525 JAK (JPRx)<br><br>**REQUEST FOR DECISION ON MOTION FOR CLASS CERTIFICATION** |

1  **TO THE HONORABLE COURT**, Plaintiff Sonnetta Woods ("Plaintiff"),
2  hereby respectfully requests, pursuant to Local Rule 83-9, that the Court issue a
3  ruling on the Plaintiff's Motion for Class Certification.
4      WHEREAS, Plaintiff filed her Motion for Class Certification (ECF No. 114)
5  ("Motion") on March 19, 2020;
6      WHEREAS, the Court held a hearing on October 5, 2020 and took the Motion
7  under submission (ECF No. 192);
8      WHEREAS, the Court has not yet rendered and filed its decision on the
9  Motion;
10     WHEREAS, counsel for Plaintiff contacted counsel for Bayer Healthcare
11 LLC and Bayer Corporation ("Defendants") on January 22, 2024 proposing that they
12 jointly file a request for decision, pursuant to Local Rule 83-9, with the Court;
13     WHEREAS, on January 30, 2024 counsel for Defendants declined the
14 proposal to jointly file a request and informed counsel that his clients take no
15 position on this request; and
16     NOW, THEREFORE, Plaintiff's counsel hereby respectfully requests that the
17 Court render and file a decision on the Motion.

18
19 Date: January 30, 2024           Respectfully submitted,

20                              **FARUQI & FARUQI, LLP**

21
22                              By: */s/ Lisa T. Omoto*
23                              Lisa Omoto (SBN 303830)
                             1901 Avenue of the Stars, Suite 1060
24                              Los Angeles, CA 90067
25                              Telephone: (424) 256-2884
                             Facsimile: (424) 256-2885
26                              Email: *lomoto@faruqilaw.com*

27                              Aubry Wand (SBN 281207)
                             **THE WAND LAW FIRM, P.C.**
28                              E-mail: *awand@wandlawfirm.com*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503

*Attorneys for Plaintiff Sonnetta Woods*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

Dated: January 30, 2024                    By: */s/ Lisa T. Omoto*
                                                Lisa T. Omoto