Jonathan F. Cohn* (NY 2972578)
Gabriela Gonzalez-Araiza (CA 320693)
Shannon Grammel* (KS 29105)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Washington, DC 20001
Email: jon@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

Alexis Swartz* (TX 24122045)
LEHOTSKY KELLER COHN LLP
408 W. 11th St. 5th Floor
Austin, TX 78701
Email: alexis@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

*Attorneys for Defendants Bayer Healthcare LLC and Bayer Corporation*

* Admitted *pro hac vice*.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMILLE CABRERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC and BAYER CORPORATION,<br><br>Defendants. | Case No. 2:17-cv-08525-JAK-JPR<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFF'S APPLICATION FOR STAY PENDING MEDIATION**<br><br>Assigned to: Hon. John A. Kronstadt |

1  Defendants Bayer Healthcare LLC and Bayer Corporation ("Bayer")
2  respectfully file this Opposition to Plaintiff's Application for a Stay Pending
3  Mediation and state as follows:
4  Plaintiff's stay application fails to mention Bayer's position. Plaintiff's counsel
5  asked Bayer for its position. Bayer responded that it does *not* agree to a stay at this
6  time because Bayer would first like to see Plaintiff's verified Interrogatory responses.
7  Those responses are due this Friday, November 15, 2024. *See* Exhibit A.
8  Nonetheless, less than an hour later, Plaintiff's counsel filed the stay
9  application, neglecting to mention Bayer's opposition. ECF No. 265. Plaintiff also
10 fails to note that although the Court ordered mediation, the Court also imposed
11 deadlines, which Plaintiff now seeks to change unilaterally, solely on the basis of the
12 court-ordered mediation.

Dated: November 12, 2024        Respectfully submitted,

*/s/ Jonathan F. Cohn*
Jonathan F. Cohn* (NY 2972578)
Gabriela Gonzalez-Araiza (CA 320693)
Shannon Grammel* (KS 29105)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Washington, DC 20001
Email: jon@lkcfirm.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

Alexis Swartz* (TX 24122045)
LEHOTSKY KELLER COHN LLP
408 W. 11th St. 5th Floor
Austin, TX 78701
Email: alexis@lkcfirm.com
Tel.: (512) 693-8350

Fax: (512) 727-4755

*Attorneys for Defendants Bayer Healthcare LLC and Bayer Corporation*