**FARUQI & FARUQI, LLP**
Lisa T. Omoto (SBN: 303830)
lomoto@faruqilaw.com
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

**FARUQI & FARUQI, LLP**
Timothy J. Peter (*pro hac vice*)
tpeter@faruqilaw.com
1617 John F. Kennedy Blvd., Suite 1550
Philadelphia, PA 19103
Telephone: (267) 536-2145
Facsimile: (215) 277-5771

**THE WAND LAW FIRM, PC**
Aubry Wand (SBN: 281207)
awand@wandlawfirm.com
100 Oceangate, Suite 1200
Long Beach, CA 90802

*Attorneys for Plaintiff*
*Alejandra Vizcarra*

Jonathan F. Cohn (*pro hac vice*)
**LEHOTSKY KELLER COHN LLP**
200 Massachusetts Ave., NW
Washington, DC 20001
Email: jon@lkcfirm.com
Telephone: (512) 693-8350
Facsimile: (833) 233-2202

Gabriela Gonzalez Araiza
**LEHOTSKY KELLER COHN LLP**
200 Massachusetts Ave., NW
Washington, DC 20001
Email: gabriela@lkcfirm.com
Telephone: (512) 693-8350
Facsimile: (833) 233-2202

*Attorneys for Defendants*
*Bayer HealthCare LLC and*
*Bayer Corporation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CAMILLE CABRERA, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

BAYER HEALTHCARE LLC and BAYER CORPORATION,

Defendants.

Case No. 2:17-cv-08525 JAK (JPRx)

**JOINT STATUS REPORT RE: MEDIATION SESSION**

Assigned to: Hon. John A. Kronstadt

**JOINT STATUS REPORT RE: MEDIATION SESSION**

1. On November 14, 2024, the Court ordered the Parties file a joint report on the procedural status of the mediation by no later than January 13, 2025. ECF No. 267. The Court granted the parties' request to extend the deadline to file a joint status report until January 18, 2025. ECF No. 270.

2. On January 8, 2025, the Parties attended a mediation session with Andra Greene of Phillips ADR.

3. During that mediation session the Parties were not able to reach a resolution. However, negotiations under the guidance of Ms. Greene are still ongoing and the Parties continue to work towards resolving this matter in good faith.

4. In order to allow negotiations to continue, the Parties request the Court maintain the stay of this matter. The parties respectfully request this Court order the parties to file a joint report on the status of this negotiation on the earlier of 30 days from this date or within 10 days of any material development in connection with the mediation.

5. Additionally, this Court previously set a status conference on the mediation for January 27, 2025. ECF No. 231. The parties agree that a status conference is unnecessary at this time. The parties respectfully request that the Court vacate the January 27, 2025, conference.

Dated: January 16, 2025

Respectfully submitted,

*/s/ Timothy J. Peter*

Timothy J. Peter (Admitted *Pro Hac Vice*)
FARUQI & FARUQI, LLP
tpeter@faruqilaw.com
1617 JFK Boulevard, Suite 1550
Philadelphia, Pennsylvania 19103
Telephone: (267) 536-2145
Facsimile: (215) 277-5771

*Attorneys for Plaintiffs*

*/s/ Jonathan F. Cohn*

Jonathan F. Cohn* (NY 2972578)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Washington, DC 20001
Email: jon@lkcfirm.com
Tel.: (512) 693-8350
Fax: (833) 233-2202

*Attorneys for Defendants*
*Admitted *pro hac vice*

**ATTESTATION**

I, Timothy J. Peter, file this document in accordance with Civil Local Rule 5-4.3.4. Concurrence with and authorization for the filing of this document has been obtained from Jonathan F. Cohn, counsel for Defendants, and I shall maintain records to support this concurrence and authorization for subsequent production for the Court, if so ordered, or for inspection upon request by a Party.

Dated: January 16, 2025 By: */s/ Timothy J. Peter*
Timothy J. Peter

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

Dated: January 16, 2025

By: */s/ Timothy J. Peter*
Timothy J. Peter