| | |
|---|---|
| **FARUQI & FARUQI, LLP**<br>Lisa T. Omoto (SBN: 303830)<br>lomoto@faruqilaw.com<br>1901 Avenue of the Stars, Suite 1060<br>Los Angeles, CA 90067<br>Telephone: (424) 256-2884<br>Facsimile: (424) 256-2885 | **FARUQI & FARUQI, LLP**<br>Timothy J. Peter (*pro hac vice*)<br>tpeter@faruqilaw.com<br>1617 John F. Kennedy Blvd., Suite 1550<br>Philadelphia, PA 19103<br>Telephone: (267) 536-2145<br>Facsimile: (215) 277-5771 |
| **THE WAND LAW FIRM, PC**<br>Aubry Wand (SBN: 281207)<br>awand@wandlawfirm.com<br>100 Oceangate, Suite 1200<br>Long Beach, CA 90802 | |
| *Attorneys for Plaintiff*<br>*Alejandra Vizcarra* | |
| Jonathan F. Cohn (*pro hac vice*)<br>**LEHOTSKY KELLER COHN LLP**<br>200 Massachusetts Ave., NW<br>Washington, DC 20001<br>Email: jon@lkcfirm.com<br>Telephone: (512) 693-8350<br>Facsimile: (833) 233-2202 | Gabriela Gonzalez Araiza<br>**LEHOTSKY KELLER COHN LLP**<br>200 Massachusetts Ave., NW<br>Washington, DC 20001<br>Email: gabriela@lkcfirm.com<br>Telephone: (512) 693-8350<br>Facsimile: (833) 233-2202 |
| *Attorneys for Defendants*<br>*Bayer HealthCare LLC and*<br>*Bayer Corporation* | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMILLE CABRERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER HEALTHCARE LLC and BAYER CORPORATION,<br><br>Defendants. | Case No. 2:17-cv-08525 JAK (JPRx)<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Assigned to: Hon. John A. Kronstadt |

JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A) (ii)

Plaintiff Alejandra Vizcarra ("Plaintiff") and defendant Bayer Healthcare LLC and Bayer Corporation ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree, that Plaintiff's individual claims in the above-captioned matter shall be voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties shall each bear their own costs.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: March 14, 2025          Respectfully submitted,

/s/ Timothy J. Peter
Timothy J. Peter (Admitted *Pro Hac Vice*)
FARUQI & FARUQI, LLP
tpeter@faruqilaw.com
1617 JFK Boulevard, Suite 1550
Philadelphia, Pennsylvania 19103
Telephone: (267) 536-2145
Facsimile: (215) 277-5771

*Attorneys for Plaintiffs*

/s/ Jonathan F. Cohn
Jonathan F. Cohn* (NY 2972578)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Washington, DC 20001
Email: jon@lkcfirm.com
Tel.: (512) 693-8350
Fax: (833) 233-2202

*Attorneys for Defendants*
*Admitted *pro hac vice*

---

1
JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A) (ii)

**ATTESTATION**

I, Timothy J. Peter, file this document in accordance with Civil Local Rule 5-4.3.4. Concurrence with and authorization for the filing of this document has been obtained from Jonathan F. Cohn, counsel for Defendants, and I shall maintain records to support this concurrence and authorization for subsequent production for the Court, if so ordered, or for inspection upon request by a Party.

Dated: March 14, 2025                            By: */s/ Timothy J. Peter*
                                                            Timothy J. Peter

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

Dated: March 14, 2025                By: */s/ Timothy J. Peter*
                                         Timothy J. Peter