# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE CABRERA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, LLC, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-08525-JAK (JPRx)<br><br>**ORDER RE JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) (DKT. 277)**<br><br>**JS-6: CASE TERMINATED** |

1

Based on a review of the Joint Stipulation for Voluntary Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation" (Dkt. 277)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

The above action is dismissed with prejudice as to Plaintiff's individual claims. Each party shall bear its own costs, experts' fees, attorney's fees and attorney's expenses. All pending motions and deadlines are terminated. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

Dated: March 17, 2025

John A. Kronstadt
United States District Judge

2